UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dawn Brenner, et al.,                                    Civil No. 18-cv-2383 NEB/ECW

        Plaintiffs,

vs.

Danielle Sue Asfeld, et al.,

        Defendants.

---

## JOINT MOTION REGARDING CONTINUED SEALING

Documents have been filed under temporary seal in connection with the following motion:

*Sherburne County Defendants' Motion to Dismiss*                    *Doc. 20*

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

IVERSON REUVERS CONDON

Dated: February 5, 2019

By  s/Stephanie A. Angolkar
    Jason M. Hiveley, #311546
    Stephanie A. Angolkar, #388336
    Francine M. Kuplic, #400151
*Attorneys for Sherburne County
Defendants*
9321 Ensign Avenue South
Bloomington, MN  55438
Phone:  (952) 548-7200
Fax:  (952) 548-7210
jasonh@irc-law.com
stephanie@irc-law.com
francine@irc-law.com

NEWMARK STORMS DWORAK

Dated:  February 5, 2019

By  s/ Jeffrey S. Storms
    Jeffrey S. Storms, #387240
    Paul C. Dworak, #391070
100 South Fifth Street, # 2100
Minneapolis, MN 55402
(612) 455-7050
jeff@newmarkstorms.com
paul@newmarkstorms.com

SIEBENCAREY, P.A.
Jeffrey M. Montpetit, #291249
901 Marquette Avenue #500
Minneapolis, MN 55402
(612) 333-4500
Jeffrey.monpetit@knowyourrights.com
*Attorneys for Plaintiff*

LARSON KING, LLP

Dated:  February 5, 2019

By  s/ Anthony J. Novak
    Anthony J. Novak, #351106
    Carolin Nearing, #291791
    Bradley R. Prowant, #396079
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6500
tnovak@larsonking.com
cnearing@larsonking.com
bprowant@larsonking.com
*Attorneys for MEnD Defendants*

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED[i] |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 26 | Ex. A Jail Intake Interview | x | | | | Date of Birth |
| 28 | Ex. B Jail records | x | | | | Date of Birth, SSN |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

---

i This explanation should be very brief.  For example:

1. contains information designated as confidential by a nonparty
2. contains information designated as confidential under a non-disclosure agreement between plaintiff and nonparty
3. discovery materials filed in connection with a motion under Fed R. Civ. P. 37
4. reveals trade secrets of defendant
5. reveals proprietary business methods of plaintiff
6. confidential financial records
7. confidential medical records
8. contains termination information regarding former employees of defendant
9. reveals information regarding a minor
10. contains information ordered sealed by the court on DATE [Docket No. XX]