UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Dawn Brenner and Kathleen Brenner, as co-trustees
for the heirs and next of kin of Dylan Brenner,

      Plaintiffs,                                Case No. 18-cv-02383 (NEB/ECW)

    v.

Danielle Sue Asfeld, in her individual capacity,
Amanda Nowell, in her individual capacity,
Christina Leonard, in her individual capacity,
Janell Hussain, in her individual capacity,
Todd Leonard, in his individual and official capacities,
Rebecca Lucar, in her individual capacity,
Denny Russell, in his individual capacity,
Wes Graves, in his individual capacity,
James Rourke, in his individual capacity,
MEnD Correctional Care, PLLC, and Sherburne County,

      Defendants,

---

### Stipulation for the Minnesota Board of Medical Practice's Production of Documents

---

Whereas, the parties have met and conferred to address the deadlines in this case following the Court's January 8, 2020 Order [ECF No. 100] granting in part Plaintiffs' motion to compel [ECF N. 83] non-party Minnesota Board of Medical Practice to comply with a subpoena Plaintiffs served on November 4, 2019;

Whereas, the Board has requested additional time to comply with the production deadlines set forth in the January 8, 2020 Order.

NOW THEREFORE, the parties hereby stipulate and agree that paragraphs 2.d.-2.e. of the Order compelling the Board's production be amended to read as follows:

    d.    The Board shall produce all responsive documents relating to the Sherburne County Jail no later than **January 29, 2020**. The Board shall produce all other responsive documents by **February 7, 2020**.

    e.    To the extent the Board is withholding or redacting any documents on the basis of a federal common law privilege, the Board shall produce a privilege log for those documents no later than **February 14, 2020**. The privilege log may have redactions of personal identifiers. The privilege log may also be designated **CONFIDENTIAL** or **FOR OUTSIDE ATTORNEYS' EYES ONLY** if appropriate.

**All other deadlines and limitations shall remain the same.**

| | |
|---|---|
| | NEWMARK STORMS DWORAK, LLC |
| Dated: January 22, 2020 | By /s/ Jeffrey S. Storms |
| | Jeffrey S. Storms, #387240 |
| | Paul C. Dworak, #391070 |
| | 100 South Fifth Street, Suite 2100 |
| | Minneapolis, MN 55402 |
| | (612) 455-7050 |
| | jeff@newmarkstorms.com |
| | paul@newmarkstorms.com |
| | |
| | SIEBENCAREY, P.A. |
| Dated: January 22, 2020 | By /s/ Jeffrey M. Montpetit |
| | Jeffrey M. Montpetit, #291249 |
| | 901 Marquette Avenue #500 |
| | Minneapolis, MN 55402 |
| | (612) 333-4500 |
| | jeffrey.monpetit@knowyourrights.com |
| | |
| | *Attorneys for Plaintiffs* |

Dated: January 22, 2020

KEITH ELLISON
Attorney General
State of Minnesota

By <u>/s/ Kathleen M. Ghreichi</u>
Kathleen M. Ghreichi, #023834X
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2128
(651) 757-1490
kathleen.ghreichi@ag.state.mn.us

*Attorneys for the Minnesota Board of Medical Practice*