UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DAWN BRENNER, et al.,            Case No. 18-cv-2383 (NEB/ECW)

      Plaintiffs,

v.                                             **ORDER**

DANIELLE SUE ASFELD, et al.,

      Defendants.

---

This matter is before the Court upon the parties' Joint Motion Regarding Continuing Sealing (Dkt. 146), pursuant to Local Rule 5.6(d) concerning documents filed under seal (Dkts. 119, 122, 124, 126, 128, and 133). The parties agree that the unredacted documents should remain under seal because they contain confidential medical information. Based on these representations and the Court's review of the documents, the Court concludes that the need to maintain Docket entries 119, 122, 124, 126, 128, and 133 under seal outweighs the public's right of access given the medical information involved, the fact some of the documents contain information related to non-parties, and Dkt. 128 contains birthdate information. *See* D. Minn. LR 5.6(d) *advisory committee's note*; *see also* Fed. R. Civ. P. 5.2(a) (requiring the redaction of dates of birth from pleadings).

Based upon on the motion and the documents filed under seal, as well as all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the parties' Joint Motion Regarding Continuing Sealing (Dkt. 146) is **GRANTED**. Docket entries 119, 122, 124, 126, 128, and 133 will remain **SEALED**.

DATED: June 17, 2020　　　　　　　　　　　　*s/Elizabeth Cowan Wright*
　　　　　　　　　　　　　　　　　　　　　　ELIZABETH COWAN WRIGHT
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge