UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dawn Brenner and Kathleen Brenner, as co-trustees for the heirs and next of kin of Dylan Brenner,<br><br>      Plaintiffs,<br><br>   v.<br><br>Danielle Sue Asfeld et al.,<br><br>      Defendants, | Case No. 18-cv-02383 (NEB/ECW)<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

This case is before the Court on the Stipulation to Amend the Pretrial Scheduling Order (Dkt. 171). Having considered the Stipulation, and for good cause shown, **IT IS ORDERED** that the Pretrial Scheduling Order in this case shall be amended as follows:

**Deadlines for Expert Discovery**

1. Disclosure of the identities of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) (accompanied by the written report prepared and signed by the expert witness) and the full disclosures required by Rule 26(a)(2)(C), shall be made as follows:

    a)    Identities by Plaintiffs on or before **November 1, 2020**, including state law medical malpractice affidavit.

            Disclosures by Plaintiffs on or before **November 15, 2020**, including state law medical malpractice affidavit.

    b)    Identities by Defendants on or before **December 15, 2020.**

            Disclosures by Defendants on or before **January 15, 2021**.

    c)      Rebuttal identities and disclosures on or before **February 15, 2021**.

2.      Expert discovery, including depositions, shall be completed by **April 15, 2021**

## Non-Dispositive Motions

All non-dispositive motions and supporting documents that relate to expert discovery shall be filed and served on or before **May 1, 2021**

## Dispositive Motions

All dispositive motions shall be filed by the moving party on or before **June 15, 2021**

## Trial Deadline:

This case will be ready for a jury trial on or about **October 15, 2021**

**All other deadlines and limitations shall remain the same.**

Dated: September 28, 2020          *s/Elizabeth Cowan Wright*
                                               ELIZABETH COWAN WRIGHT
                                               United States Magistrate Judge