UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dawn Brenner, et al.,                          Civil No. 18-cv-2383 NEB/ECW

        Plaintiffs,

vs.

Danielle Sue Asfeld, et al.,

        Defendants.

## **JOINT MOTION REGARDING CONTINUED SEALING**

Documents have been filed under temporary seal in connection with the following motions:

> *Motion to Compel Discovery and for Other Relief from MEnD*     Doc. 153
> *Correctional Care, PLLC and Todd Leonard, M.D.*

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

                                             NEWMARK STORMS DWORAK LLC

Dated: October 5, 2020                  By /s/ Jeffrey S. Storms
                                                Jeffrey S. Storms, #387240
                                                Paul C. Dworak, #391070
                                           150 South Fifth Street, Suite 1850
                                           Minneapolis, MN 55402
                                           (612) 455-7050
                                           jeff@newmarkstorms.com
                                           paul@newmarkstorms.com

        - and -

        SIEBENCAREY, P.A.

Dated: October 5, 2020        By /s/ Jeffrey M. Montpetit
           Jeffrey M. Montpetit, #291249
        901 Marquette Avenue #500
        Minneapolis, MN 55402
        (612) 333-4500
        jeffrey.monpetit@knowyourrights.com

        *Attorneys for Plaintiff*


        IVERSON REUVERS CONDON

Dated: October 5, 2020        By /s/ Stephanie A. Angolkar
           Jason M. Hiveley, #311546
           Stephanie A. Angolkar, #388336
        9321 Ensign Avenue South
        Bloomington, MN  55438
        (952) 548-7200
        jasonh@irc-law.com
        stephanie@irc-law.com


        *Attorneys for Sherburne County Defendants*

|  |  |
|---|---|
|  | LARSON KING, LLP |
| Dated: October 5, 2020 | By /s/ Anthony J. Novak<br>   Anthony J. Novak, #351106<br>   Carolin J. Nearing, #291791<br>   Bradley R. Prowant, #396079<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN  55101<br>(651) 312-6500<br>tnovak@larsonking.com<br>cnearing@larsonking.com<br>bprowant@larsonking.com<br><br>*Attorneys for MEnD Defendants* |

| DKT. NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | | |
| 155 | Legal memorandum containing references to confidential medical records | x | | | | Medical records identified as confidential under protective order |
| 158 | Exhibit 4 contains a link to confidential medical records | x | | | | Medical information identified as confidential under protective order |
| 160 | Exhibit 7 contains a link to confidential medical records | x | | | | Medical information identified as confidential under protective order |
| 162 | Exhibit 9 is a deposition transcript of Todd Leonard | X | | | | Medical and other information identified as confidential under protective order |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |