## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dawn Brenner, et al,

        Plaintiffs,

v.

Danielle Sue Asfeld, et al,

        Defendants.

Civil No. 18-cv-2383 NEB/ECW

**STIPULATION FOR PARTIAL DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Sherburne County, by their respective counsel, that Counts IV and V of Plaintiffs' Fourth Amended Complaint against Sherburne County on the basis of direct liability, as specifically set forth in Paragraphs 311 and 322, in the above-captioned action may be dismissed with prejudice and without costs, and that an Order to that effect may be entered without further notice or hearing. No other aspect of Counts IV and V of Plaintiffs' Fourth Amended Complaint shall be dismissed pursuant to this Stipulation.

Stipulated to:

Dated: September 9, 2021

NEWMARK STORMS DWORAK

By s/ Jeffrey S. Storms
   Jeffrey S. Storms, #387240
   Paul C. Dworak, #391070
150 South Fifth Street, Suite 1850
Minneapolis, MN 55402
(612) 455-7055

jeff@newmarkstorms.com
paul@newmarkstorms.com


SIEBENCAREY, P.A.
Jeffrey M. Montpetit, #291249
901 Marquette Avenue #500
Minneapolis, MN 55402
(612) 333-4500
Jeffrey.monpetit@knowyourrights.com
*Attorneys for Plaintiff*

IVERSON REUVERS

Dated: September 9, 2021        By  s/Stephanie A. Angolkar
    Jason M. Hiveley, #311546
    Stephanie A. Angolkar, #388336

9321 Ensign Avenue South
Bloomington, MN  55438
(952) 548-7200
jasonh@iversonlaw.com
stephanie@iversonlaw.com

*Attorneys for Sherburne County Defendants*