# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dawn Brenner, et al,<br><br>Plaintiffs,<br><br>v.<br><br>Danielle Sue Asfeld, et al,<br><br>Defendants. | Civil No. 18-cv-2383 NEB/ECW<br><br>**PROPOSED ORDER FOR PARTIAL DISMISSAL** |

Based upon the Stipulation of Partial Dismissal [Doc. No. 230], IT IS HEREBY ORDERED that Counts IV and V of Plaintiffs' Fourth Amended Complaint against Sherburne County on the basis of direct liability, as specifically set forth in Paragraphs 311 and 322 of the above-entitled action are hereby dismissed with prejudice on the merits and without costs or attorney's fees to any party.  No other aspect of Counts IV and V of Plaintiffs' Fourth Amended Complaint shall be dismissed pursuant to this Stipulation.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                           BY THE COURT:

Dated: _____                        _____

                                                Hon. Nancy E. Brasel<br>                                                Judge, United States District Court