# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Dawn Brenner et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Nancy E. Brasel |
| | U.S. District Judge |
| v. | |
| | Case No: 18-cv-2383 (NEB/ECW) |
| Danielle Sue Asfeld, et al., | Date: September 13, 2021 |
| | Courthouse: St. Paul |
| Defendants. | Courtroom: 3A |
| | Court Reporter: Erin Drost |
| | Deputy: Kristine Wegner |
| | Time Commenced: 10:00 a.m. |
| | Time Concluded: 11:50 a.m. |
| | Time in Court: 1 hour and 50 minutes |

Motion Hearing on: **Motions for Summary Judgment [185] [195]**

Plaintiff: Jeffrey Storms, Paul Dworak and Jeffrey Montpetit
Defendants: Stephanie Angolkar for Sherburne County Defendants
Anthony Novak for MEnD Defendants

PROCEEDINGS:

The motions were moved, argued and taken under advisement. Order to be filed.

Date: September 13, 2021

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel